Dear Clerk

If you would please send a photo copy of this writ as previously, yes I did get those if I forgot to notify you

ASAP

Sincerely

J.P. [signature]
Aug 17 06

FILED
AUG 17 2006
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

As proof of indigency to me note I have not had a job since 2003. I previously sent papers see Invoices, please note other write June 15th 06 I see no case number so I'm leaving that blank on this one, this is a non statutory Habeas.

J.P. [signature]

pg 2, Clearly shows I count 7 long arms (Rifles) with a church party in New England going to church the Right to Keep and Bear Arms does not Except in case of Congress passing a law based upon "Commerce" or any other excuse in fact it plainly states the Right to Keep and Bear Arms (unspecified) shall not Be infringed. This is as much to prevent treachery by government entities State, local, or Federal as to allow Hunting or self defense per se in fact the founders wrote this based upon SWISS law to prevent the massacre of unarmed Citizens such as during the "30 yr war". therefore Chas. Hayden did commit willful perjury (see previous writ) and the defendents ATF have no Jurisdiction's Wuest v Wuest sup.

the 2nd amendment did not give the Right as with the first it simply states Congress can not deny the Right.

I therefore Require a fully informed Jury as is my Right without the united States at Arms Length

James R Smith
Disclamer (dejure)
(non statutory)
(State Citizen)
August 11 2006 AD

over

| | |
|---|---|
| James Preston Smith | Art. 7 US Constitution |
| v | DeJure State Constitution |
| The United States | and declarations given by |
| Et All | God # _____ |
| "Alcohol Tobacco and firearms" | Challenge to Jurisdiction |
| ATF | Denial of due process of |
| Defendants | law Rule 11 Civil Procedure |

<u>Merrit v. Hunter</u> (Kansas) denial of due process of law

Challenge as to lack of Jurisdiction by the Alcohol Tobacco and firearms henceforth "ATF" 2 Types Juris(?) (1) General (2) Personal.
<u>Wuest v. Wuest</u> 127p2 934 deprivation of constitutional Rights, Excess of Jurisdiction.

Note Rights are <u>not</u> constitutional but as a Review of the constitution shows they are rights given by God which the Agency "ATF" has no right by Nature and Natures God to deprive Petitioner of.

Petitioner was Arrested in 1999 and charged with 18 USC §§ 922(g), 924(E) henceforth forced by threat and coercion by Judge Chas. Hayden (see previous writs) to take an illegal, unethical, unconstitutional "Plea" bargain By Chas. Haydens perjury (previous writ)
writ (1) Habeas

in contravention of the constitution of the United States as well as the state constitutions which guarantee or were written to insure that civil government would not overstep its bounds against the rights guaranteed by nature and natures God or God dependent on whos interpretation is Read, please See Alex de Tocqueville "Democracy" in America 1830s 2 vol. (1945) Commentary on the Constitution of the United States Supreme Court Justice Hon. Joseph Story (1779-1845) "A page of History is worth a volume of Logic Oliver Wendell Holmes and yet Mr Thomas Jeffersons metaphor of "A seperation of Church and State" has Been used to allow Just what the very founders of this country sought to avoid, tyranny by sects or then A secular State Such as Communism or its predecessor the Bloody French Revolution page 32-33 of Americas Christian Heritage Gary DeMar Dewey Decimal Class. 973 Sub. U.S. History, Religious aspects Christianity History in fact this magnificent book on pages 10, 16, 17, 21, clearly show people long before the federal "government" was even thought of when this was exactly what the people demanded a Republic with Swords, long and short arms even as

(2)

```
Sales Invoice    —S.B.U.—
Leavenworth USP
MAIN
Account No. 06505084         LVN3614
SMITH, JAMES PRESTON
07/24/2006 12:33:05 PM TX#840143    3
_____
BEGINNING BALANCES:
Available Balance is $0.33
Spending Limit Balance is $290.00
Account Balance is $0.33
========================================
Qty   Description              Price
========================================


            Total              $0.00

Charge 06505084                $0.00
_____
Items marked with * are Local Use Only

ENDING BALANCES:
Available Balance is $0.33
Spending Limit Balance is $290.00
Account Balance is $0.33
****************************************
PIN is 2779
****************************************

_____


Signature
ALL SALES ARE FINAL!!
```

```
Sales Invoice   —S.B.U.—
Leavenworth USP
MAIN
Account No. 06505084         LVN3711
SMITH, JAMES PRESTON
08/07/2006 01:15:58 PM TX#849607   38
_____
BEGINNING BALANCES:
Available Balance is $0.33
Spending Limit Balance is $290.00
Account Balance is $0.33
========================================
Qty   Description              Price
========================================


            Total              $0.00

Charge 06505084                $0.00
_____
Items marked with * are Local Use Only

ENDING BALANCES:
Available Balance is $0.33
Spending Limit Balance is $290.00
Account Balance is $0.33
****************************************
PIN is 2779
****************************************

_____


Signature
ALL SALES ARE FINAL!!
```

Jones Preston Smith
06505-084
USP Fct Lrn
PoB 1000
Leavenworth KS
66048-1000

KANSAS CITY 641 961
14 AUG 2006 PM 8 T

United States District Court
Southern dist. of West Va
Po Drawer 5009
Beckley WVa
25801

25801477500